**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ESTEBAN OJEDA,

Plaintiff,

v.

Civ. No. 25-464-KG-JHR

OFFICER KOCHENDARFER,
OFFICER LEM,
OFFICER EDWARDS, and
OFFICER MITCHELL,

Defendants.

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Plaintiff's Prisoner Civil Rights Complaint. (Doc. 1) (Complaint). Plaintiff was incarcerated when this case was filed and is proceeding *pro se*. The Complaint concerns the manner of his arrest in Alamogordo, New Mexico. Plaintiff was arrested on June 3, 2024 for disorderly conduct. The Complaint alleges that four Alamogordo police officers used a taser on Plaintiff. (Doc. 1) at 2. The Complaint further alleges the officers hog-tied Plaintiff, threw him into the back seat of a patrol car, and caused a laceration to his head. *Id.* Plaintiff states he was transported to a hospital as a result of his injuries. *Id.*

The Complaint names the four Alamogordo police officers as Defendants: Officer Kochendarfer; Officer Lem; Officer Edwards; and Officer Mitchell. (Doc. 1) at 1. Plaintiff alleges each Defendant was involved in his arrest. *Id.* at 2. The Complaint seeks $3 million in damages under 42 U.S.C. § 1983 and raises claims for excessive force and cruel and unusual punishment. *Id.* at 2, 4.

Accepting the allegations as true, the Court finds the Complaint is not subject to summary

dismissal under 28 U.S.C. § 1915(e). *See* 28 U.S.C. § 1915(e) (Courts must *sua sponte* review *in forma pauperis* complaints to determine whether the facts state a cognizable claim, using the standard set forth in Fed. R. Civ. P. 12(b)(6)). Defendants must answer the Complaint, and the Court will refer this matter to the assigned Magistrate Judge for a *Martinez* investigation, if appropriate. *See Hall v. Bellmon*, 935 F.2d 1106, 1109 (10th Cir. 1991) (A *Martinez* report is "a court-authorized investigation and report" used in *pro se* prisoner cases to evaluate the "factual or legal bases for [the] claims.").

Plaintiff is entitled to assistance with service since he is proceeding *in forma pauperis,* provided he supplies Defendants' addresses. *See* Fed. R. Civ. P. 4(c) (requiring the Court to effectuate service where the plaintiff is proceeding *in forma pauperis*); *Washington v. Correia,* 546 Fed. App'x 786, 789 (10th Cir. 2013) ("[T]he onus [is] squarely on plaintiffs to track down the whereabouts of defendants to effectuate service—rather than obliging courts to assist in this endeavor—even when the plaintiffs are in prison."). Plaintiff states Defendants work for the Alamogordo Police Department (Department) but does not provide an exact address. (Doc. 1) at 1. The Court will attempt service using the Department's public address and give Defendants an opportunity to waive formal service requirements before ordering personal service by the U.S. Marshal. Any costs of service may be imposed on a Defendant if he declines to waive personal service without good cause. *See* Fed. R. Civ. P. 4(d)(2).

IT IS ORDERED:

1. The Complaint survives initial review under 28 U.S.C. § 1915(e) and Fed. R. Civ. P. 12(b)(6).

2. The Clerk's Office will issue Notice and Request for Waiver of Service Forms, along

with a copy of this ruling and the Complaint (Doc. 1), on the following Defendants:

Officer Kochendarfer
Alamogordo Police Department
700 Virginia Avenue
Alamogordo, NM 88310

Officer Lem
Alamogordo Police Department
700 Virginia Avenue
Alamogordo, NM 88310

Officer Edwards
Alamogordo Police Department
700 Virginia Avenue
Alamogordo, NM 88310

Officer Mitchell
Alamogordo Police Department
700 Virginia Avenue
Alamogordo, NM 88310

3. The Court will enter a separate order referring this case to the assigned Magistrate Judge.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.